JAMES A. SAVILLE, JR.
ANDREW R. BROWN
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SIOUNI & ZAR CORPORATION,                :     Index No.: 08 cv

    Plaintiff,                               :

  - Against -                                :

GOLD & SILVER WAREHOUSE, INC. and;        :     **RULE 7.1 STATEMENT**
GOLD & SILVER LOGISTICS, INC.;            :

    Defendants.                              :
------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff **SIOUNI & ZAR CORPORATION** certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

**NONE**

DATE: July 23, 2008

_____
James A. Saville, Jr.