UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

SIOUNI & ZAR CORPORATION;

                                                    **SUMMONS IN A CIVIL CASE**

V.

                                     **08 CV 6564**

GOLD & SILVER WAREHOUSE, INC. and
GOLD & SILVER LOGISTICS, INC.;

                                     **JUDGE STEIN**

TO: (Name of Defendant)

| GOLD & SILVER WAREHOUSE, INC. | GOLD & SILVER LOGISTICS, INC. |
|---|---|
| 257 Essex Street | 1 Cape May Street – Suite 209 |
| Harrison, New Jersey 07029 | Harrison, New Jersey |

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

                HILL RIVKINS & HAYDEN LLP
                45 Broadway
                New York, New York  10006

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON            July 23, 2008
_____    _____
CLERK                                     DATE

_____
(By) DEPUTY CLERK

```
 rm 07 - CORPORATION
           HILL RIVKINS & HAYDEN LLP
           ATTN:
 U.S.SOUTHERN DIST. COURT        NEW YORK   COUNTY
 ----------------------------------------------
                                                  Index No. 08 CV 6564
 SIOUNI & ZAR CORPORATION                plaintiff
                                                  Date Filed  ............
                  - against -
                                                  Office No.
 GOLD &  SILVER WAREHOUSE, INC.,ETANO    defendant
                                                  Court Date:    /  /
 ----------------------------------------------
       STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

 CARL MILLER     being duly sworn, deposes and says; I am over 18 years of age,
 not a party to this action, and reside in the State of New York. That on the
 5th day of August, 2008   at 09:54 AM.,       at
       257 ESSEX ST
       HARRISON, NJ 07029

    served a true copy of the
       SUMMONS AND COMPLAINT

 upon GOLD & SILVER WAREHOUSE, INC.
 a domestic corporation, the  DEFENDANT  therein named by delivering to,
 and leaving personally with
           ANNA PITTAR, MANAGING AGENT

  true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
 ability at the time and circumstances of the service as follows:
          SEX: FEMALE        COLOR: BROWN        HAIR: BLACK
          APP. AGE: 28       APP. HT: 5:0        APP. WT: 150

 OTHER IDENTIFYING FEATURES:




 Sworn to before me this
 5th  day of  August,          2008k
 JOEL GOLUB                                    ..................................
 Notary Public, State of New York              CARL MILLER    790101
       No.01G04751136                          AETNA  CENTRAL  JUDICIAL   SERVICES
 Qualified in NASSAU COUNTY                    225 BROADWAY, SUITE 1802
 Commission Expires 12/31/2009                 NEW YORK, NY, 10007
                                               Reference No: 3HRLOM141880
```