# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SIOUNI & ZAR CORPORATION;

                           **SUMMONS IN A CIVIL CASE**

V.

**08 CV 6564**

**JUDGE STEIN**

GOLD & SILVER WAREHOUSE, INC. and
GOLD & SILVER LOGISTICS, INC.;

TO: (Name of Defendant)

GOLD & SILVER WAREHOUSE, INC.      GOLD & SILVER LOGISTICS, INC.
257 Essex Street                            1 Cape May Street – Suite 209
Harrison, New Jersey 07029                Harrison, New Jersey

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

            HILL RIVKINS & HAYDEN LLP
            45 Broadway
            New York, New York 10006

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON             July 23, 2008
_____          _____
CLERK                                     DATE



_____
(By) DEPUTY CLERK

```
Form 07    CORPORATION
           HILL RIVKINS & HAYDEN LLP
           ATTN:
U.S. SOUTHERN DIST. COURT      NEW YORK    COUNTY
---------------------------------------------------
                                                    Index No. 08 CV 6564
MOUNI & ZAR CORPORATION              plaintiff
                                                    Date Filed  ............
              - against -
                                                    Office No.
GOLD & SILVER WAREHOUSE, INC.,ETANO    defendant
                                                    Court Date:    /  /

---------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

CARL MILLER      being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
6th day of August, 2008 at 11:05 AM.,       at
    1 CAPE MAY ST, STE 209
    HARRISON, NJ

 served a true copy of the
     SUMMONS AND COMPLAINT

upon GOLD & SILVER LOGISTICS, INC.
a domestic corporation, the  DEFENDANT  therein named by delivering to,
and leaving personally with
         LOREINA REYES, MANAGING AGENT

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the service as follows:
      SEX: FEMALE         COLOR: BROWN       HAIR: BLACK
      APP. AGE: 26        APP. HT: 5:2       APP. WT: 135

OTHER IDENTIFYING FEATURES:



Sworn to before me this
6th  day of  August,       2008k             ...........................
KENNETH WISSNER                              CARL MILLER  790101
Notary Public, State of New York             AETNA CENTRAL JUDICIAL SERVICES
    No.01WI4714130                           225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY                 NEW YORK, NY, 10007
Commission Expires 03/30/2010                Reference No: 3HRLOM141881
```