UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIOUNI & ZAR CORPORATION;

                                                **SUMMONS IN A CIVIL CASE**

V.

GOLD & SILVER WAREHOUSE, INC. and
GOLD & SILVER LOGISTICS, INC.;

**08 CV 6564**
**JUDGE STEIN**

TO: (Name of Defendant)

GOLD & SILVER WAREHOUSE, INC.　　　　GOLD & SILVER LOGISTICS, INC.
257 Essex Street　　　　　　　　　　　　　1 Cape May Street – Suite 209
Harrison, New Jersey  07029　　　　　　　Harrison, New Jersey

     **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HILL RIVKINS & HAYDEN LLP
45 Broadway
New York, New York  10006

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



J. MICHAEL McMAHON        July 23, 2008
_____   _____
CLERK                        DATE

_Catherine Lapsley_
_____
(By) DEPUTY CLERK

Form 07   CORPORATION
            HILL RIVKINS & HAYDEN LLP
            ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK    COUNTY
----------------------------------------------------

MOUNI & ZAR CORPORATION                plaintiff         Index No. **08 CV 6564**

            - against -                                  Date Filed  ............

                                                         Office No.
GOLD & SILVER WAREHOUSE, INC.,ETANO    defendant
                                                         Court Date:   / /
----------------------------------------------------

      STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**CARL MILLER**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **6**th day of **August, 2008** at **11:05 AM.**,       at
      **1 CAPE MAY ST, STE 209**
      **HARRISON, NJ**

I served a true copy of the
      **SUMMONS AND COMPLAINT**

upon **GOLD & SILVER LOGISTICS, INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
            **LOREINA REYES, MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
      SEX: **FEMALE**       COLOR: **BROWN**       HAIR: **BLACK**
      APP. AGE: **26**      APP. HT: **5:2**       APP. WT: **135**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
6th   day of   August,      2008k
KENNETH WISSNER                           ......................
Notary Public, State of New York          CARL MILLER  790101
    No.01WI4714130                        AETNA   CENTRAL   JUDICIAL   SERVICES
Qualified in NEW YORK COUNTY              225 BROADWAY, SUITE 1802
Commission Expires 03/30/2010             NEW YORK, NY, 10007
                                          Reference No: 3HRLOM141881